**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT FORT CAMPBELL**
**CRIMINAL CASE NUMBER:  5:25-MJ-70-LLK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **v.** | |
| **JUAN A. FERNANDEZ** | **DEFENDANT** |

---

### ORDER OF DISMISSAL

---

The above-styled case came before the Honorable Lanny King, United States Magistrate Judge, on July 9, 2025, for a further proceeding hearing at Fort Campbell, Kentucky.

The defendant was present along with CJA appointed counsel David T. Bundrick. Special Assistant United States Attorney Kyle Short appeared on behalf of the United States. The proceeding was digitally recorded in the courtroom at the Auxiliary Courthouse.

Based on the written plea agreement filed with the Court on July 9, 2025:

**IT IS HEREBY ORDERED** that the Information filed on May 8, 2025, charging the above-named defendant with **Count 1: Resisting/Interfering with Law Enforcement Personnel, in violation of 18 U.S.C. 111,** at Fort Campbell, Kentucky, is **DISMISSED**.

cc:     Counsel of Record
        QC Clerk

FC:0/05
LLK-mnm

**Lanny King, Magistrate Judge**
**United States District Court**

July 11, 2025